# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ADAM S. MURPHY, | ) |
|         Plaintiff, | ) |
| v. | ) No. 1:17-cv-396-GZS |
| AROOSTOOK COUNTY JAIL, et al., | ) |
|         Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 5) filed December 18, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

                                                          /s/ George Z. Singal
                                                         United States District Judge

Dated this 17th day of January, 2018.